IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JAMES ALBERT HOPKINS, # 446761 § | |
| § | |
| v.  § | CIVIL ACTION NO. G-06-474 |
| § | |
| BRYAN COLLIER, DIRECTOR, § | |
| TDCJ–PAROLE DIVISION § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 11th day of May, 2007.

Samuel B. Kent
United States District Judge